UNITED STATES DISTRICT COURT
for the
DISTRICT OF MINNESOTA

| | |
|---|---|
| Amy Nasers,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Independent School District #384 and<br>Annette Sallman, individually,<br><br>　　　　Defendants. | Case Number:  0:12-03075-JRT/SER<br><br><br>**MOTION TO ENFORCE<br>SETTLEMENT AGREEMENT** |

## **MOTION**

Defendants Independent School District #384 ("District") and Annette Sallman, individually, move the Court to enter an order and judgment ruling that the parties have entered into a binding settlement agreement and enforcing that agreement on the following terms:

1. Plaintiff Amy Nasers releases all claims she may have against Defendants, their officers, agents, employees and insurer, arising from the District's termination of Nasers' employment, including without limitation, any and all claims that were or could have been brought in this action.

2. Defendant District releases all claims it may have against Plaintiff Nasers for reimbursement of any alleged overpayments the District made to Nasers while she was an employee.

3. The Complaint (Doc. #1) is dismissed on the merits and with prejudice.

This motion is based on all the files, records, and proceedings herein, including the memorandum of law and affidavit of counsel filed contemporaneously herewith.

432727v1 PGM HA605-21

Dated: September 30, 2013          KENNEDY & GRAVEN, CHARTERED

                                                 By: /s/ Peter G. Mikhail
                                                     Maggie R. Wallner (#193458)
                                                     Peter G. Mikhail (#249907)
                                                     470 US Bank Plaza, 200 South Sixth Street
                                                     Minneapolis, MN 55402
                                                     (612) 337-9300

                                                     *Attorneys for Defendants ISD #384 and*
                                                     *Annette Sallman*